**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7844**

---

GEORGE H. VAN WAGNER, III,

Plaintiff - Appellant,

and

ANTHONY RISH; JOHN MCMAHON; LARRY DOLPH; DAVID
H. ROBERTS,

Plaintiffs,

versus

SALLY JOHNSON, Doctor, in her official capac-
ity as Associate Warden of Mental Health Ser-
vices and Head of United States Public Health
Services at Butner Federal Correctional Insti-
tute and individually; CATHY HICKS, in her
official capacity as Unit Manager, Federal
Correctional Institute Butner and individ-
ually; JIM KING, Case Manager, in his official
capacity at Federal Correctional Institute
Butner and individually; WILBER LEMAY, Coun-
selor, in his official capacity at Federal
Correctional Institute Butner and
individually,

Defendants - Appellees,

and

MICHAEL J. QUINLAN, as Director of Bureau of
Prisons in his official capacity and individ-
ually; US GOVERNMENT,

Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, District Judge. (CA-92-200-5-BR)

Submitted: April 17, 1997                 Decided: April 30, 1997

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

George H. Van Wagner, III, Appellant Pro Se. Barbara Dickerson Kocher, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court order dismissing his claims and denying various motions in a multi-plaintiff civil action. The action continues below on the other plaintiffs' claims. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

4